UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| EASTMAN CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CV-344 |
| | ) | |
| SGS NORTH AMERICA, INC. and | ) | |
| SGS MINERALS SERVICES, | ) | |
| | ) | |
| Defendants. | | |

<u>ORDER</u>

The parties indicated to the Court that they conferred about the prospects of mediation and "have agreed to participate in mediation." [Doc. 40 at 2]. The parties have agreed on a mediator and have "targeted the first quarter of 2018 for completion of the mediation." [*Id.*]. It is hereby ordered that the parties shall notify the Court by March 31, 2018 as to the results of the completed mediation.

So ordered.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE