# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **EASTMAN CHEMICAL COMPANY,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | **CIVIL ACTION NO.** |
| : | **2:15-cv-00344** |
| **SGS NORTH AMERICA INC., AND** : | **JUDGE GREER** |
| **SGS MINERALS SERVICES,** : | **MAGISTRATE CORKER** |
| : | |
| **Defendants.** : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Eastman Chemical Company ("Eastman"), and Defendants SGS North America, Inc., and SGS Minerals Services ("SGS") hereby jointly give notice to the Court that they have reached an amicable resolution of the claims pending in this action, and that the trial and motion hearing scheduled for February 19, 2019 will no longer be necessary. The parties are drafting and circulating related documents, and anticipate requesting a dismissal of all claims in this action within the next thirty (30) days. All remaining unpaid Court costs in this action should be taxed to SGS.

DATED this 18th day of February, 2019.

                              Respectfully submitted,

                              /s/ *Gary L. Edwards*
                              Gary L. Edwards, Esq. (TN Bar No. 020058)
                              BAKER, DONELSON, BEARMAN,
                              CALDWELL & BERKOWITZ, P.C.
                              100 Med Tech Parkway, Suite 200
                              P.O. Box 3038
                              Johnson City, TN  37602
                              (423) 928-0181
                              gedwards@bakerdonelson.com
                                    and
                              Gary C. Shockley (TN Bar No. 10104)
                              BAKER, DONELSON, BEARMAN,

1

CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
(615)726-5600
gshockley@bakerdonelson.com
*Counsel for Plaintiff Eastman Chemical Company*


*/s/ Stephen H. Price*
Stephen H. Price, Esq. (TN Bar No. 014658)
M. Clark Spoden, Esq. (TN Bar No. 7364)
J. Matthew Kroplin, Esq. (TN Bar No. 27363)
BURR & FORMAN, LLP
222 Second Ave. S., Suite 2000
Nashville, TN  37201
(615) 724-3223
sprice@burr.com
*Counsel for Defendants SGS North America Inc. & SGS Mineral Services*

2