# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| EASTMAN CHEMICAL COMPANY, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:15-cv-00344 |
| SGS NORTH AMERICA INC., AND | : | JUDGE GREER |
| SGS MINERALS SERVICES, | : | MAGISTRATE CORKER |
| | : | |
| **Defendants.** | : | |

## JOINT STIPULATION OF COMPROMISE AND DISMISSAL WITH PREJUDICE

The parties, through their respective counsel of record below, hereby jointly stipulate and request that, pursuant to their compromise agreement and prior announcement to the court, the above-referenced action be dismissed *with prejudice*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own respective attorney's fees, expert fees, discretionary costs and litigation expenses.

    Respectfully submitted,

    /s/ *Gary C. Shockley*
    Gary C. Shockley (TN Bar No. 10104)
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
    211 Commerce Street, Suite 800
    Nashville, TN 37201
    (615)726-5600
    gshockley@bakerdonelson.com

    Gary L. Edwards, Esq. (TN Bar No. 020058)
    BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
    100 Med Tech Parkway, Suite 200
    P.O. Box 3038
    Johnson City, TN  37602
    (423) 928-0181
    gedwards@bakerdonelson.com

1

*Counsel for Plaintiff*
*Eastman Chemical Company*


*/s/ Stephen H. Price/GCS (with permission)*
Stephen H. Price, Esq. (TN Bar No. 014658)
BURR & FORMAN, LLP
222 Second Ave. S., Suite 2000
Nashville, TN  37201
(615) 724-3223
sprice@burr.com

*Counsel for Defendants*
*SGS North America Inc. & SGS Mineral Services*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT STIPULATION has been was filed electronically with the Clerk's office by using the CM/ECF system on this the 13th day of March, 2019. Parties may access this filing through the Court's ECF system:

>Stephen H. Price, Esq.
>BURR & FORMAN, LLP
>222 Second Ave. S., Suite 2000
>Nashville, TN  37201
>Email:  sprice@burr.com

>*/s/ Gary C. Shockley*
>Gary C. Shockley